AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

In the Matter of the Search of All Records Relating to the Email Address Saidu_mhmmd@yahoo.com Located at the Offices of Yahoo! Inc., 701 First Avenue Sunnyvale, California

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I     CHARLES E. PRICE II     being duly sworn depose and say:

I am a(n)   Special Agent with the Federal Bureau of Investigation   and have reason to believe
         (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
Computer systems at the offices of Yahoo! Inc., located at 701 First Avenue, Sunnyvale, California

(describe the person or property to be searched)
in the Northern District of California, there is now concealed certain property, the disclosure of which is governed by Title 18, United States Code, Section 875 and 1343, namely contents of electronic data more fully described in the Affidavit and Attachment B to this application (which are hereby incorporated by reference)

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
evidence, fruits, and instrumentalities of foreign communications requesting ransom/reward for the release of a kidnapped person and wire fraud.

concerning a violation of Title   18   United States Code, Section(s)   875,1343  . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES   ☐ NO

Jay Bratt, AUSA
National Security Section
(202) 353-3602

Signature of Affiant
Charles E. Price II, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer