IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | |
| ALL RECORDS RELATING TO THE ) | |
| E-mail ADDRESSES ) | Case No. |
| SAIDU_MHMMD@YAHOO.COM ) | |
| LOCATED AT THE OFFICES OF ) | **UNDER SEAL** |
| YAHOO! INC., 701 FIRST AVENUE ) | |
| SUNNYVALE, CALIFORNIA ) | |

AFFIDAVIT FOR SEARCH WARRANT

I, Charles E. Price, II, having been duly sworn, hereby depose and say:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for over 19 years. While I have investigated a wide variety of crimes, I have spent the majority of my career investigating white collar crimes, including bank frauds, wire frauds, and money laundering.  I am currently assigned to a white collar crime squad at the FBI's Washington Field Office.  I am the Case Agent on an investigation into allegations that an individual(s) is attempting to extort $2,000,000.00 from *The Christian Science Monitor* (CSM), in exchange for securing the release of Jill Carroll, a CSM reporter who has been kidnaped in Iraq.

2. The facts and information contained in this affidavit are based upon my personal knowledge as well as observations of other United States Government officials involved in this

1

investigation. All observations that were not personally made by me were related to me by the persons who made them or by representatives of those persons. This affidavit does not contain each and every fact known to the government, but only those necessary to support a finding of probable cause.

3. This affidavit is made in support of an application for a search warrant for certain accounts controlled by the web-based electronic mail service provider known as Yahoo!, Inc. ("Yahoo"), headquartered at 701 First Avenue, Sunnyvale, California 94089. The accounts to be searched are: saidu_mhmmd@yahoo.com and olembeole@yahoo.com. For the reasons detailed below, I believe that there is probable cause to believe that on the computer systems of Yahoo, there exists evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 875 (foreign communications requesting ransom/reward for the release of a kidnaped person) and 1343 (wire fraud), as described in Attachment B to this affidavit.

4. Although Yahoo is located in California, I am submitting this affidavit in the District of Columbia pursuant to Title 18, United States Code, Section 2703(c)(1)(A), which authorizes any court with jurisdiction over an offense to issue a search warrant for the records of an electronics communication service provider.

**Case Facts and Probable Cause**

5. On January 7, 2006, gunmen in Iraq kidnaped Jill Carroll ("Carroll"), an American journalist working on assignment in Iraq for CSM. Since her abduction, Carroll's abductors have released videos containing threats to kill her, including a threat to kill her if the United States does not meet their demands by Sunday, February 26, 2006.

6. On February 12, 2006, David Cook ("Cook"), CSM's Washington Bureau Chief, received an e-mail from saidu_mhmmd@yahoo.com which states in part:

"i can give you informations (sic) to secure the release of jill carroll, i am mujaheeden and i can give every information that can lead to securing her release .... i am impatiently waiting to read from you for futher directives and negotiations....  saidu mohammed"

7. Cook responded to Saidu Mohammed's ("Mohammed") e-mail and requested further details on steps he should take to secure Carroll's release. Cook transmitted his response via an e-mail message which he sent to saidu_mhmmd@yahoo.com.

8. On February 13, 2006, Cook received an e-mail message from saidu_mhmmd@yahoo.com which states, in part:

"i need to have personal contact with you... give me your contact number...the intent is to kill jill so as to tell america we are not playing ... send me your number now so i can call you, i will be leaving for germany tomorrow ... i will be calling you from there and that will give me time to negotiate with you."

9. Cook responded to Mohammed's e-mail and provided Mohammed

with his work and cell phones.  Cook transmitted his response via an e-mail message which he sent to saidu_mhmmd@yahoo.com.

10. On February 14, 2006, Cook received an e-mail message from saidu_mhmmd@yahoo.com which states, in part:

> "at the moment jills (sic) life is in serious danger so i had to abort my trip to germany ... jill is about to be smuggled to the mujaheeden camp in syria where she will undoubtedly be executed .. the plans (sic) is to kill her before the expiration of the deadline, but i am doing everything to ensure the decision is delayed...I spoke with jill .... she promised to assist me go (sic) with her to america if i help get her free ... so to ensure this i had to motivate two other brigades who must (sic) have to help me ... the other two brigades who are secretly working with me are demanding a ransom ... you can raise two million dollars or else jill is likely to become history, this is what the other two brigades are demanding in other (sic) to betray the mujaheeden.... we don't (sic) have much time left ... reply immediately so i know when this money will be available."

11. After receiving the e-mails from Mohammed, Cook contacted the FBI and counter-terrorism Agents began an investigation in an attempt to determine whether the person communicating with Cook was, in fact, in a position to assist in the release of Carroll.  The counter-terrorism Agents determined that the incoming e-mails were being sent from an internet service provider ("ISP") address in Germany.  Pursuant to 18 U.S.C. § 2702(b), the counter-terrorism Agents accessed the saidu_mhmmd@yahoo.com e-mail and determined that the user of this e-mail account was sending out multiple communications soliciting participation in what are commonly referred to as Nigerian advance fee schemes.

12. Based on a review of the e-mails and the fact that the e-mails were being sent from Germany (versus Iraq, as Mohammed claimed), the counter-terrorism Agents came to the conclusion that the individual communicating with Cook was not, in fact, associated with Carroll's kidnapers and was merely posing as one of Carroll's kidnapers in an attempt to extort money from CSM. Based on this conclusion, the counter-terrorism Agents stopped their investigation and on February 15, 2006, referred the case to me, as I investigate frauds.

13. At my direction, Cook has had repeated contacts, via both e-mail and telephone, with the individual who has identified himself as Saidu Mohammed. During the telephone conversations and e-mails, Mohammed continues to request $2,000,000.00 in exchange for securing Carroll's release. As a result of "negotiations," Mohammed has agreed to accept $1,000,000.00 in advance of Carroll's release and the remaining $1,000,000.00 after she has been released. Mohammed has provided details regarding a bank account in Germany, complete with wire transfer instructions, and has directed Cook to wire transfer $1,000,000.00 to that account. The actual purpose of Cook's continued contact with Mohammed is to develop evidence which would assist in determining the actual identity and location of the individual with whom Cook is communicating and the identity and location of those who may be assisting Mohammed in his

extortion attempt.

16. All of the incoming e-mails which Cook has received have came from the saidu_mhmmd@yahoo.com account and he has sent all of his e-mail responses to the saidu_mhmmd@yahoo.com account.

15. In connection with the negotiations, on March 4, 2006, Cook received an e-mail from the saidu_mhmmd@yahoo.com account containing the following text, which was located below the e-mail's "subject" line but before the e-mail's substantive message:

*"olembe olembe <olembeole@yahoo.com> wrote:"*

16. Based on the presence of this Yahoo account header, it appears that the substantive text of the e-mail received from the saidu_mhmmd@yahoo.com account may have been drafted when the author of the e-mail was signed on to the internet under the olembeole@yahoo.com account. It appears that the e-mails' author may have cut and pasted the substantive text to the saidu_mhmmd@yahoo.com account, from which it was sent to Cook. In any event, the text of the incoming e-mail clearly indicates that it was drafted by olembeole@yahoo.com. The e-mail reads, in part:

"i am the only one who can save jill ... i do not want the one million from you to use it and (sic) sponsor jihad ... i only want to give it to the two brigades who are working with me"

17. Based on my experience, it is not unusual for individuals who are committing fraud, particularly advance fee

6

schemes, to attempt to conceal their true identity and location by using aliases. It is also my experience that individuals attempting to conceal their identities frequently communicate via e-mail accounts which can be opened under any name and opened without any verification of actual identity of the person opening/operating the account. Based on my experience, there is reason to believe that an analysis of the contents of the e-mail accounts may reveal evidence which, individually or collectively, would assist in determining the location and identity of the actual individual operating the account.

**Technical Background Regarding Computers,**

**The Internet, E-mail, Yahoo and Search Protocol**

18. The Internet is a worldwide network of computer systems operated by governmental entities, corporations, and universities. The term "computer" as used herein is defined in 18 U.S.C. § 1030(e)(1), and includes an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device. In order to access the Internet, an individual computer user must subscribe to an access provider, which operates a host computer system with direct access to the Internet. The world wide web ("www") is a functionality of the Internet which allows users of

the Internet to share information;

19. With a computer connected to the Internet, an individual computer user can make electronic contact with millions of computers around the world. This connection can be made by any number of means, including modem, local area network, wireless and numerous other methods; and

20. E-mail is a popular form of transmitting messages and/or files in an electronic environment between computer users. When an individual computer user sends e-mail, it is initiated at the user's computer, transmitted to the subscriber's mail server, then transmitted to its final destination. A server is a computer that is attached to a dedicated network and serves many users. An e-mail server may allow users to post and read messages and to communicate via electronic means.

21. The following provides a general description of what Yahoo is and how it operates:

    a. Yahoo is an Internet services company that provides e-mail services which are available to subscribers for free (or for a monthly fee depending on the level of service provided). Subscribers obtain an account by registering on the Internet with Yahoo. Yahoo requests subscribers provide basic information, such as name, gender, zip code and other personal and biographical information. Yahoo does not generally verify the information provided by subscribers;

   b. Subscribers to Yahoo may access their Yahoo accounts using the Internet;

   c. Any e-mail that is sent to a Yahoo subscriber is stored in the subscriber's "mail box" on a server hard drive under the control of Yahoo. If the message is not deleted by the subscriber, that message can remain on the Yahoo server hard drive indefinitely;

   d. When a Yahoo subscriber sends an e-mail, it is initiated on the Yahoo server and then transmitted to its end destination through the Internet. The Yahoo subscriber who sent the e-mail has the option of saving a copy of the e-mail sent. Depending on the election of the subscriber, the e-mail can remain on the system indefinitely;

   e. A Yahoo subscriber can store files, including e-mails, text files, and image files, in the subscriber's account on the Yahoo servers; and

   f. E-mails and other files stored by a Yahoo subscriber in a Yahoo Account are not necessarily also located on the computer used by the subscriber to access the Yahoo account. The subscriber may store e-mails and other files in their Yahoo account server exclusively. A search of the files in the subscriber's computer will not necessarily uncover the files that the subscriber has stored on the Yahoo server. In addition communications sent to the Yahoo subscriber by another, but not

yet retrieved by the subscriber, will be located on the Yahoo server in the subscriber's account, but not on the computer used by the subscriber.

22. With regard to venue, Cook has received some telephone calls from Mohammed while he (Cook) was in Washington, DC and technical coverage on some of the calls shows that the calls were place from a Germany phone number. In addition, investigation has determined that Mohammed's e-mails originate from an ISP in Germany and some of the Mohammed's e-mails were received by Cook while he (Cook) was in Washington, DC.

23. Although Yahoo is located in California, I am submitting this affidavit in the District of Columbia pursuant to Title 18, United States Code, Section 2703(c)(1)(A), which authorizes any court with jurisdiction over an offense to issue a search warrant for the records of an electronics communication service provider.

## **CONCLUSION**

24. Based upon foregoing, I have probable cause to believe that on the computer systems owned, maintained, and operated by Yahoo, 701 First Avenue, Sunnyvale, California, as further described in Attachment A to this affidavit, there are evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 875 (foreign communications requesting ransom/reward for the release of a kidnaped person) and 1343

(wire fraud). Accordingly, by this affidavit and application, I respectfully request that the Court issue a search warrant directed to Yahoo allowing agents to obtain the data storage, e-mail and other information stored on the Yahoo servers, as further described in Attachment B, relating to the computer accounts with the e-mail addresses: saidu_mhmmd@yahoo.com and olembeole@yahoo.com.

25. Additionally, pursuant to Title 18, United States Code, Section 2703 (g), I request authority to serve the warrant on Yahoo by facsimile (with their permission) and to allow Yahoo to conduct the search and copy the data outside of my presence.

_____

_____
Charles E. Price, II
Special Agent
Federal Bureau of Investigation

_____
Subscribed and sworn to before me
this _____ day of March, 2006.

_____
United States Magistrate Judge

11

———

```
docname: cms/yahoosw.wpd
3/11/06  2:35pm
```