## **ATTACHMENT A**

## **DESCRIPTION OF SEARCH LOCATION**

Computer systems at the offices of Yahoo! Inc., located at 701 First Avenue, Sunnyvale, California.

Case 1:06-mj-00111-JMF   Document 1-3   Filed 03/13/2006   Page 1 of 1