**ATTACHMENT B**

**I. Service of Warrant and Copying of Computer Files by Yahoo**

  A. The Officer or Agent executing this warrant shall effect service by any lawful method including faxing the warrant (with Yahoo's consent) to the Yahoo office at the location specified in the warrant.

  B. The Officer or Agent executing this warrant shall permit Yahoo, as custodian of the computer files described in Section II below, to locate the files, copy them onto removable electronic storage media or print them out as paper copies (or use a different copying method if specified in Section II below), and deliver the copies to the officer or agent, who need not be present during this process at the location specified in the warrant.

  C. Pursuant to 18 U.S.C. § 2703(b)(1)(A), Yahoo and its agents are hereby prohibited from notifying the subscriber(s) of the above-listed Yahoo accounts, or anyone else, of the search warrant.

  D. The U.S. Department of Justice and shall not be prohibited from sharing information obtained from this warrant with other law enforcement and intelligence agencies, including foreign law enforcement and intelligence agencies, for use in investigation and prosecution.

**II. Items To Be Seized - Files and Accounts To Be Copied and Delivered by Yahoo**

Any and all records and other information relating to the accounts associated with the following e-mail address: saidu_mhmmd@yahoo.com, olembeole@yahoo.com and ddmdsittaly@yahoo.com, including, but not limited to, the following:

    A.  All e-mail, voice mail, facsimiles, and any other electronic communications, along with their contents, including headers and attachments, sent to, sent from or received by the subscriber/account, whether saved or deleted, whether opened or unopened, whether contained directly in the e-mail account or in a customized "folder;"

    B.  A complete log file of all activity relating to the account, including but not limited to dates, times, method of connection, port, dial-up, registration IP address, and/or location and screen name used each time a particular account is accessed.

    C.  Subscriber information, including but not limited to the subscriber's full name, addresses, telephone numbers, all screen names associated with the account and/or the subscriber, account number, method of payment, billing records and payment history, status and duration of the account, account history (including terms of service complaints and staff complaints), status and duration of the account.

    D. All records of subscriber account preferences maintained by or related to the account.

     E. All email addresses, names and telephone numbers listed in the account's buddy list and address book, as well as aliases.

     F. Copies of any correspondence between the account/account holders and Yahoo.

     G. The existence of favorite sites, whether saved or deleted.

     H. Chat communications sent or received by the account, whether saved or deleted.

     Copies of the above described records and stored information should be obtained from original storage and provided on CD-R (CD-Recordable) media.