IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | |
| ALL RECORDS RELATING TO THE ) | |
| E-mail ADDRESSES ) | Case No. |
| SAIDU_MHMMD@YAHOO.COM ) | |
| LOCATED AT THE OFFICES OF ) | **UNDER SEAL** |
| YAHOO! INC., 701 FIRST AVENUE ) | |
| SUNNYVALE, CALIFORNIA ) | |

O R D E R

Upon motion of the United States, it is this \_\_\_\_\_ day of March, 2006, ORDERED that the affidavit in support of the search warrant for the above-named e-mail account, as well as the search warrant itself and the Government's Motion to Seal and this Court's Order to Seal, shall be sealed until further order of the Court.

                                                                                                                             United State Magistrate Judge

copy to:
Jay I. Bratt
Assistant U.S. Attorney
555 Fourth Street, N.W., Room 11-437
Washington, D.C.  20530