IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ALL RECORDS RELATING TO THE E-mail ADDRESSES SAIDU_MHMMD@YAHOO.COM LOCATED AT THE OFFICES OF YAHOO! INC., 701 FIRST AVENUE SUNNYVALE, CALIFORNIA | Case No. 06-111-M-01 <br><br> **UNDER SEAL** <br><br> FILED <br> MAR 1 3 2006 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

O R D E R

Upon motion of the United States, it is this _____ day of March, 2006, ORDERED that the affidavit in support of the search warrant for the above-named e-mail account, as well as the search warrant itself and the Government's Motion to Seal and this Court's Order to Seal, shall be sealed until further order of the Court.

_____
United State Magistrate Judge

copy to:
Jay I. Bratt
Assistant U.S. Attorney
555 Fourth Street, N.W., Room 11-437
Washington, D.C. 20530