AO93(Rev.5/85)Search Warrant

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

In the Matter of the Search of All Records Relating to the Email Address Saidu_mhmmd@yahoo.com Located at the Offices of Yahoo! Inc., 701 First Avenue Sunnyvale, California

**SEARCH WARRANT**

CASE NUMBER: 06 - 111 - M - 01

TO: __JAY BRATT__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent CHARLES E. PRICE II_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)
Computer systems at the offices of Yahoo! Inc., located at 701 First Avenue, Sunnyvale, California

**FILED**

MAR 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(describe the person or property)
in the Northern District of California, there is now concealed certain property, the disclosure of which is governed by Title 18, United States Code, Section 875 and 1343, namely contents of electronic data more fully described in the Affidavit and Attachment B to this application (which are hereby incorporated by reference)

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _March 23, 2006_
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

13 MAR 2006          at Washington, D.C.
Date and Time Issued

Name and Title of Judicial Officer            Signature of Judicial Officer

John M. Facciola
U.S. Magistrate Judge

YAHOO! WARRANT for EMAIL of SAM/ MHMMD @ yahoo.com

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 03-13-06 | 03-13-06 @ 7:30pm | THOMAS SACCO, COMPLIANCE CASE ASSISTANT |

INVENTORY MADE IN THE PRESENCE OF    THOMAS SACCO

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. THE USER PROFILE, AS PRODUCED BY YAHOO ACCOUNT MANAGEMENT TOOL.

2. THE DATES, TIMES AND INTERNET PROTOCOL ADDRESSES FOR LOG IN ATTEMPTS

3. A SNAP SHOT OF THE E-MAIL CONTENTS (PROVIDED VIA E-MAIL AND CD-R)

**FILED**

MAR 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X   SA [signature], FBI (Computer Exploits)

Subscribed, sworn to, and returned before me this date.

_[signature] John M. Facciola_     03/23/06
U.S. Judge or Magistrate         Date