UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH | : | |
| OF ALL RECORDS RELATING TO | : | 06-111M-01 |
| THE EMAIL ADDRESS | : | UNDER SEAL |
| SAUDU_MHMMD@YAHOO.COM | : | |
| LOCATED AT THE OFFICES OF | : | |
| YAHOO! INC., 701 FIRST AVENUE | : | |
| SUNNYVALE, CALIFORNIA | : | |

FILED

AUG 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Before the Court is the government's motion to unseal the docket in the above-captioned matter, including the search warrant application and its supporting affidavit. The Court having considered the government's motion, it **GRANTS** the government's request. The docket in this matter shall henceforth be unsealed.

**DONE AND ORDERED** this 28 day of August, 2006.

United States Magistrate Judge

Copies to:

AUSA Jay I. Bratt